IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HENRY FLOYD LOVE, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-1163-M |
| | ) | |
| JUSTIN JONES, Director, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

On January 10, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's petition be dismissed for lack of jurisdiction. The parties were advised of their right to object to the Report and Recommendation by January 30, 2013. Petitioner has his filed an objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 10, 2013; and

(2) DISMISSES the Petition for Writ of Habeas Corpus for lack of jurisdiction; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 21st day of February, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE